Misc. No. 12–8030/NA. John H. Maze, Appellant v. United States, Appellee. CCA 200900027. On consideration of Appellant's writ-appeal petition, Appellee's motion to seal Appellant's pleading, Appellee's motion to substitute, and Appellee's motion for summary judgment, it is ordered that Appellant's motion for summary judgment is hereby denied, that Appellee's motion to substitute is hereby granted, that

Appellee's motion to seal Appellant's pleading is hereby granted as it pertains to Appendices A, B, and D, and Appellant's writ-appeal petition is hereby denied.